NO. CAAP-16-0000175

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

(CIVIL NO. 11-1-1160)
MUTUAL FINANCE COMPANY, LIMITED, Plaintiff/Counterclaim-
Defendant-Appellee, v. ZERNETTE LEIMOMI MOUSSER,
AINSLEY KALANI LOPEZ, Defendants/Counterclaim-Plaintiffs-
Appellants, and DISCOVER BANK, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

(CIVIL NO. 10-1-2534)
ZERNETTE LEIMOMI MOUSSER and AINSLEY KALANI LOPEZ,
Plaintiffs/Counterclaim-Defendants-Appellants, v.
MUTUAL FINANCE COMPANY, LTD., Defendant/Counterclaimant-
Appellee, and DOE DEFENDANTS 1-10, Defendants
and
MUTUAL FINANCE COMPANY, LTD., Defendant and Third-Party
Plaintiff-Appellee, v. DISCOVER BANK, Third-Party
Defendant-Appellee, and JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES
1-10, and DOE GOVERNMENTAL UNITS 1-10, Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 11-1-1160 and 10-1-2534 - Consolidated)

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of "Defendant-Appellants Zernette
Leimomi Mousser and Ainsley Kalani Lopez's Motion to Dismiss
Appeal" filed herein on January 11, 2018,

IT IS HEREBY ORDERED that said motion is granted, and this appeal is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 12, 2018.

On the motion:

Mark S. Kawata,
for Defendants/Counterclaim-
 Plaintiffs-Appellants and
 Plaintiffs/Counterclaim-
 Defendants-Appellees,
ZERNETTE LEIMOMI MOUSSER
and AINSLEY KALANI LOPEZ

Chief Judge

Associate Judge

Associate Judge

2